IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 1:24-cr-7-HSO-BWR

SABINE OLTMANN

### ORDER GRANTING MOTION [25] TO DISMISS THE INDICTMENT AND CASE

This matter is before the Court on the Motion [25] to Dismiss the Indictment and Case of the United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeking to dismiss without prejudice the Indictment and case in Criminal No. 1:24-cr-7-HSO-BWR, against the Defendant SABINE OLTMANN. The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in Criminal No. 1:24-cr-7-HSO-BWR against the Defendant, SABINE OLTMANN, are hereby dismissed without prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the 3rd day of September 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE